No. 85–2163.  JOHNSON, ADMINISTRATOR OF THE ESTATE OF JOHNSON *v.* COLLEY ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 85–2165.  DAMASCUS *v.* PACIFIC BELL CO. ET AL.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 85–2166.  MIDDLETON ET AL. *v.* CALIFORNIA ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 85–2167.  BABAD ET AL., A CO-PARTNERSHIP DBA J. R. R. REALTY CO. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 85–6467.  CONLEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85–6514.  VERTZ *v.* TEXAS.  Ct. App. Tex., 13th Sup. Jud. Dist.  Certiorari denied.

No. 85–6546.  DIAZ *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–6572.  BOUDREAUX *v.* BLACKBURN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 85–6575.  GUTHRIE *v.* SOWDERS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 85–6603.  AZZOUKA *v.* SAVA, DISTRICT DIRECTOR OF THE NEW YORK DISTRICT, UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–6604.  JONAS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–6612.  THOMPSON *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 85–6622.  DUKES *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–6627.  BROWN *v.* WESLEY QUAKER MAID, INC.  C. A. 6th Cir.  Certiorari denied.